JUDGE SWAIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :    SEALED
                                       INDICTMENT
         - v. -                   :
                                       11 Cr.
RENTENZE FARRIS,
   a/k/a "White,"                      **11CRIM 708**
SAMUEL SMITH,
   a/k/a "Braids,"                :
LINWOOD HARPER,
   a/k/a "TI,"                    :
WILBERT ROBERTS,
   a/k/a "Rob,"                   :
DARRELL DECKARD,
   a/k/a "Scar," and              :
DYMERE GRAHAM,
   a/k/a "Stach,"                 :

            Defendants.           :

- - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2011

COUNT ONE

The Grand Jury charges:

1. From at least in or about February 2011, up to and including in or about August 2011, in the Southern District of New York and elsewhere, RENTENZE FARRIS, a/k/a "White," SAMUEL SMITH, a/k/a "Braids," LINWOOD HARPER, a/k/a "TI," WILBERT ROBERTS, a/k/a "Rob," DARRELL DECKARD, a/k/a "Scar," and DYMERE GRAHAM, a/k/a "Stach," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that RENTENZE FARRIS, a/k/a "White," SAMUEL SMITH, a/k/a "Braids,"

LINWOOD HARPER, a/k/a "TI," WILBERT ROBERTS, a/k/a "Rob," DARRELL DECKARD, a/k/a "Scar," and DYMERE GRAHAM, a/k/a "Stach," the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21 United States Code, Section 841(b)(1)(A).

## OVERT ACTS

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. On or about February 22, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, DARRELL DECKARD, a/k/a "Scar," the defendant, sold approximately seven bags of crack cocaine to an undercover officer in exchange for approximately $80.

   b. On or about April 19, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, RENTENZE FARRIS, a/k/a "White," the defendant, and a co-conspirator not named as a

defendant herein ("CC-1") sold approximately seven bags of crack cocaine to an undercover officer in exchange for approximately $60.

        c. On or about April 26, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, LINWOOD HARPER, a/k/a "TI," the defendant, and a co-conspirator not named as a defendant herein ("CC-2") sold approximately three bags of crack cocaine to an undercover officer in exchange for approximately $30.

        d. On or about May 20, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, HARPER and SAMUEL SMITH, a/k/a "Braids," the defendants, sold approximately five bags of crack cocaine to an undercover officer in exchange for approximately $50.

        e. On or about May 26, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, SMITH and a co-conspirator not named as a defendant herein ("CC-3") sold a bag containing chunks of crack cocaine and another bag of crack cocaine to an undercover officer in exchange for approximately $80.

        f. On or about June 7, 2011, in the vicinity of 1239 Webster Avenue, Bronx, New York, HARPER and a co-conspirator not named as a defendant herein ("CC-4") sold approximately four

bags of crack cocaine to an undercover officer in exchange for approximately $40.

g. On or about June 10, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, SMITH and a co-conspirator not named as a defendant herein ("CC-5") sold a bag of crack cocaine to an undercover officer in exchange for approximately $60.

h. On or about June 15, 2011, in the vicinity of 1239 Webster Avenue, Bronx, New York, FARRIS sold approximately eleven bags of crack cocaine to an undercover officer in exchange for approximately $70.

i. On or about June 15, 2011, in the vicinity of 1243 Webster Avenue, Bronx, New York, HARPER and DYMERE GRAHAM, a/k/a "Stach," the defendants, sold approximately six bags of crack cocaine to an undercover officer in exchange for approximately $50.

j. On or about June 21, 2011, in the vicinity of 1239 Webster Avenue, Bronx, New York, FARRIS and a co-conspirator not named as a defendant herein ("CC-6") sold approximately ten bags of crack cocaine to an undercover officer in exchange for approximately $90.

k. On or about June 21, 2011, in the vicinity of 1243 Webster Avenue, Bronx, New York, GRAHAM sold approximately

eleven bags of crack cocaine to an undercover officer in exchange for approximately $90.

   l. On or about June 22, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, FARRIS sold approximately four bags of crack cocaine to an undercover officer in exchange for approximately $20.

   m. On or about June 28, 2011, in the vicinity of 421 East 168th Street, Bronx, New York, HARPER and a co-conspirator not named as a defendant herein ("CC-7") sold approximately six bags of crack cocaine to an undercover officer in exchange for approximately $60.

   n. On or about July 5, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, HARPER and WILBERT ROBERTS, a/k/a "Rob," the defendants, sold approximately six bags of crack cocaine to an undercover officer in exchange for approximately $60.

   o. On or about July 12, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, SMITH and a co-conspirator not named as a defendant herein ("CC-8") sold approximately six bags of crack cocaine to an undercover officer in exchange for approximately $200.

   p. On or about July 28, 2011, in the vicinity of 1260 Webster Avenue, Bronx, New York, ROBERTS sold approximately

six bags of crack cocaine to an undercover officer in exchange for approximately $60.

       q.   On or about August 2, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, ROBERTS sold approximately three bags of crack cocaine to an undercover officer in exchange for approximately $30.

       r.   On or about August 2, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, CC-8 sold approximately five bags of crack cocaine to an undercover officer in exchange for approximately $50.

       s.   On or about August 3, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, ROBERTS sold approximately five bags of crack cocaine to an undercover officer in exchange for approximately $50.

       t.   On or about August 10, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, SMITH and CC-8 sold approximately two chunks and two bags of crack cocaine to an undercover officer in exchange for approximately $500.

       u.   On or about August 11, 2011, in the vicinity of 1270-72 Webster Avenue, Bronx, New York, ROBERTS sold approximately fifteen bags of crack cocaine to an undercover officer in exchange for approximately $140.

       (Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

5. On or about June 15, 2011, in the Southern District of New York, RENTENZE FARRIS, a/k/a "White," the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

COUNT THREE

The Grand Jury further charges:

6. On or about August 10, 2011, in the Southern District of New York, SAMUEL SMITH, a/k/a "Braids," the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

COUNT FOUR

The Grand Jury further charges:

7. On or about July 5, 2011, in the Southern District of New York, LINWOOD HARPER, a/k/a "TI," the defendant, intentionally and knowingly did distribute and possess with

intent to distribute a controlled substance, to wit, a quantity of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

## COUNT FIVE

The Grand Jury further charges:

8. On or about August 11, 2011, in the Southern District of New York, WILBERT ROBERTS, a/k/a "Rob," the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

## COUNT SIX

The Grand Jury further charges:

9. On or about February 22, 2011, in the Southern District of New York, DARRELL DECKARD, a/k/a "Scar," the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

<u>COUNT SEVEN</u>

The Grand Jury further charges:

10.  On or about June 21, 2011, in the Southern District of New York, DYMERE GRAHAM, a/k/a "Stach," the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a quantity of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

    (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)


## FORFEITURE ALLEGATION

11.     As a result of committing the controlled substance offenses alleged in Counts One through Seven of this Indictment, RENTENZE FARRIS, a/k/a "White," SAMUEL SMITH, a/k/a "Braids," LINWOOD HARPER, a/k/a "TI," WILBERT ROBERTS, a/k/a "Rob," DARRELL DECKARD, a/k/a "Scar," and DYMERE GRAHAM, a/k/a "Stach," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One through Seven of this Indictment, including but not limited to, a sum in United States currency representing the amount of all proceeds obtained as a result of the controlled substance offenses alleged in Counts One through Seven of the Indictment.

### Substitute Asset Provision

12.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants –

   a.     cannot be located upon the exercise of due diligence;

   b.     has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    a. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_/s/_____  
FOREPERSON

_/s/_____  
PREET BHARARA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RENTENZE FARRIS,
 a/k/a "White,"
SAMUEL SMITH,
 a/k/a "Braids,"
LINWOOD HARPER,
 a/k/a "TI,"
WILBERT ROBERTS,
 a/k/a "Rob,"
DARRELL DECKARD,
 a/k/a "Scar," and
DYMERE GRAHAM,
 a/k/a "Stach,"

Defendants.

INDICTMENT

11 Cr.

(21 U.S.C. § 812, 841, 846).

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]* Foreperson.